IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DEWAYNE ANTONIO EDWARDS                                                    PLAINTIFF

v.                                    Civil No. 4:20-cv-04040

SERGEANT GRIFFEY, Miller County Detention
Center ("MCDC"); WARDEN WALKER; OFFICER
ELLIS; OFFICER POOLE; OFFICER WEBB;
OFFICER SALVADOR; OFFICER LEAKES;
JANE DOE; and JOHN DOE                                                     DEFENDANTS

## ORDER

Before the Court is the issue of Plaintiff's filing of an Amended Complaint (ECF No. 9) and a Second Amended Complaint (ECF No. 11) which were not signed. The Federal Rules of Civil Procedure require pleadings to be signed by a party or the attorney representing that party. Pursuant to Rule 11, the Court must strike an unsigned paper unless the omission is promptly corrected after being called to the attention of an attorney or party. The Court notified Plaintiff he had not signed the Amended Complaint or the Second Amended Complaint. (ECF Nos. 10, 12). Instead of signing either of these pleadings Plaintiff filed a signed Third Amended Complaint with the Court on June 30, 2020. (ECF No. 13). **Accordingly, the Clerk is DIRECTED to strike from the docket Plaintiff's Amended Complaint (ECF No. 9) and Plaintiff's Second Amended Complaint (ECF No. 11). The Clerk is also DIRECTED to change the name of Plaintiff's Third Amended Complaint (ECF No. 13) to "First Amended Complaint".**

**IT IS SO ORDERED** this 2nd day of July 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE

Case 4:20-cv-04040-SOH-BAB   Document 14   Filed 07/02/20   Page 2 of 2 PageID #: 75